**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CINDY SMITH LAMMONDS** | ) | **CASE NO. 15-30158** |
| | ) | **CHAPTER 7** |
| **Debtor.** | ) | |
| | ) | |

**REPORT OF SALE OF REAL PROPERTY**

      **COMES NOW** the Trustee, by and through his counsel, and files this Report of Sale of Real Property of the estate.

      Pursuant to the Order of this Court entered on 26 July 2017 in this case as docket entry no. 50, which said Order authorized the Trustee to sell certain real estate at 7907 Teakwood Road, Indian Trail, North Carolina, the Trustee has in fact sold and transferred said real estate pursuant to said Order.  The Trustee has on hand from the sale $112,027.15.  A copy of the Settlement Statement is attached hereto and incorporated by reference.

      Pursuant to the Order, the Trustee will immediately disburse to the Debtor, Cindy Smith Lammonds, a partial exemption amount of $8,500.00.  Additionally, the Trustee notes that the secured claim of Nationstar Mortgage, LLC, to the extent valid, is attached to the proceeds held by the Trustee.

      This the 4th day of August, 2017.

                              /s/ R. Keith Johnson
                              R. Keith Johnson, Trustee
                              and attorney for Trustee
                              NC State Bar No. 8840
                              1275 Highway 16 South
                              Stanley, North Carolina 28164
                              (704) 827-4200

OMB NO. 2502-0265

| A.                                                                                  | B. TYPE OF LOAN: |
|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 1. ☐ FHA   2. ☐ FmHA   3. ☐ CONV. UNINS.   4. ☐ VA   5. ☐ CONV. INS. |
| | 6. FILE NUMBER: DEPE798W | 7. LOAN NUMBER: |
| **SETTLEMENT STATEMENT** | 8. MORTGAGE INS CASE NUMBER: |

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.*

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Blanca E. Canepa De Perez<br>7907 Teakwood Road<br>Indian Trail, NC 28079 | Keith Johnson, Trustee | |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 7907 Teakwood Road<br>Indian Trail, NC 28079<br>Union County, North Carolina | Lancaster, Trotter & Poe, PLLC<br><br>PLACE OF SETTLEMENT<br>4430 Park Road<br>Charlotte, NC 28209 | July 28, 2017 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 120,503.00 | 401. Contract Sales Price | 120,503.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 1,362.11 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes          to | | 406. City/Town Taxes          to | |
| 107. County Taxes          to | | 407. County Taxes          to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| *120. GROSS AMOUNT DUE FROM BORROWER* | 121,865.11 | *420. GROSS AMOUNT DUE TO SELLER* | 120,503.00 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | | 502. Settlement Charges to Seller (Line 1400) | 6,822.18 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first Mortgage | |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. Deposit retained by broker | 1,000.00 |
| 207. | | 507. | |
| 208. Due Diligence Fee | 250.00 | 508. Due Diligence Fee | 250.00 |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes   01/01/17  to  07/29/17 | 403.67 | 510. City/Town Taxes   01/01/17  to  07/29/17 | 403.67 |
| 211. County Taxes          to | | 511. County Taxes          to | |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| *220. TOTAL PAID BY/FOR BORROWER* | 1,653.67 | *520. TOTAL REDUCTION AMOUNT DUE SELLER* | 8,475.85 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 121,865.11 | 601. Gross Amount Due To Seller (Line 420) | 120,503.00 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 1,653.67 ) | 602. Less Reductions Due Seller (Line 520) | ( 8,475.85 ) |
| *303. CASH ( X FROM ) ( TO ) BORROWER* | 120,211.44 | *603. CASH ( X TO ) ( FROM ) SELLER* | 112,027.15 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

| Borrower | Seller |
|---|---|
| _____<br>Blanca E. Canepa De Perez | *R. Keith Johnson, Trustee* (signature)<br>Keith Johnson, Trustee |

Page 2

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| **700. TOTAL COMMISSION Based on Price**  $  120,503.00 @ 6.0000 %   7,230.18 | | | |
| *Division of Commission (line 700) as Follows:* | | | |
| 701. $ 3,615.09    to   Allen Tate Providence | Less Deposit Retained   1,000.00 | | |
| 702. $ 3,615.09    to   America's Real Estate Group, Inc. | | | |
| 703. Commission Paid at Settlement | | | 6,230.18 |
| 704.                                              to | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | |
| 801. Loan Origination Fee       1.0000 %      to | | | |
| 802. Loan Discount                      %      to | | | |
| 803. Appraisal Fee                             to | | | |
| 804. Credit Report                             to | | | |
| 805. Lender's Inspection Fee                   to | | | |
| 806. Mortgage Ins. App. Fee                    to | | | |
| 807. Assumption Fee                            to | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. Interest From          to          @  $          /day  (      days      %) | | | |
| 902. MIP TotIns. for LifeOfLoan    for      months to | | | |
| 903. Hazard Insurance Premium for    1.0  years  to | | | |
| 904. | | | |
| 905. | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | |
| 1001. Hazard Insurance          months @ $          per month | | | |
| 1002. Mortgage Insurance        months @ $          per month | | | |
| 1003. City/Town Taxes           months @ $          per month | | | |
| 1004. County Taxes              months @ $          per month | | | |
| 1005. Assessments               months @ $          per month | | | |
| 1006.                           months @ $          per month | | | |
| 1007.                           months @ $          per month | | | |
| 1008.                           months @ $          per month | | | |
| **1100. TITLE CHARGES** | | | |
| 1101. Settlement or Closing Fee        to  Lancaster, Trotter & Poe, PLLC | | 675.00 | |
| 1102. Abstract or Title Search         to  Lancaster, Trotter & Poe, PLLC | | 175.00 | |
| 1103. Title Examination                to | | | |
| 1104. Title Insurance Binder           to | | | |
| 1105. Document Preparation             to  Lancaster, Trotter & Poe, PLLC | | 150.00 | |
| 1106. Notary Fees                      to | | | |
| 1107. Attorney's Fees                  to  Lancaster, Trotter & Poe, PLLC | | | 350.00 |
|       *(includes above item numbers:*                                    *)* | | | |
| 1108. Title Insurance                  to  BridgeTrust Title | | 300.11 | |
|       *(includes above item numbers:*                                    *)* | | | |
| 1109. Lender's Coverage          $ | | | |
| 1110. Owner's Coverage           $ | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. Recording Fees:  Deed $     26.00 ; Mortgage $          ;          Releases $     26.00 | | 52.00 | |
| 1202. City/County Tax/Stamps:  Deed                 ; Mortgage | | | |
| 1203. State Tax/Stamps:    Revenue Stamps          242.00 ; Mortgage | | | 242.00 |
| 1204. Efile                        to  Simplifile | | 10.00 | |
| 1205. | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. Survey                           to | | | |
| 1302. Pest Inspection                  to | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| **1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K)** | | 1,362.11 | 6,822.18 |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two page statement.

Certified to be a true copy.

Lancaster, Trotter & Poe, PLLC
Settlement Agent

( DEPE798W / DEPE798W / 7 )

# ADDITIONAL DISBURSEMENTS EXHIBIT

| | |
|---|---|
| Borrower: | Blanca E. Canepa De Perez |
| Seller: | Keith Johnson, Trustee |
| Settlement Agent: | Lancaster, Trotter & Poe, PLLC (704)525-1702 |
| Place of Settlement: | 4430 Park Road Charlotte, NC 28209 |
| Settlement Date: | July 28, 2017 |
| Property Location: | 7907 Teakwood Road Indian Trail, NC 28079 Union County, North Carolina |

| PAYEE/DESCRIPTION | NOTE/REF NO | BORROWER | SELLER |
|---|---|---|---|
| Total Additional Disbursements shown on Line 1305 | | $ 0.00 | $ 0.00 |



(DEPE798W.PFD/DEPE798W/7)